

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2015

No. 04-14-00429-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**CASEY INDUSTRIAL, INC.,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-06252
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On December 31, 2014, this court issued an opinion and judgment in this appeal. On January 15, 2015, Appellant CPS Energy filed a motion for en banc reconsideration. Acting *sua sponte*, we withdraw our opinion and judgment of December 31, 2014, and our order of October 22, 2014, which assigned the panel and set the submission date for this appeal. *See* Tex. R. App. P. 19.1.

The appellate record is complete, the parties' briefs have been filed, and supplemental briefing is not needed. The above cause is set for formal submission and oral argument before this court on Thursday, February 26, 2015, at 9:00 am, before a panel consisting of Chief Justice Marion, Justice Alvarez, and Justice Pulliam. *See id.* R. 39.2, 39.8, 41.1(b).

Argument is limited to twenty minutes for Appellant's opening argument, twenty minutes for Appellee's argument, and ten minutes for Appellant's rebuttal. Tex. R. App. P. 39.3; 4th Tex. App. (San Antonio) Loc. R. 9.1.

If you do not wish to present oral argument, you must notify this court in writing within seven days of receiving this notice.

_____
Patricia O. Alvarez, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2015.



Keith E. Hottle
Clerk of Court